U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 11 2018
AT_____O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Jason G Palmer on the right and on behalf of the registered Plaintiff(s) Bondholders etc ALL

vs.

Wells Fargo Bank, NA.
Column Financial

Defendant(s)

Civil Case No.: 5:18-cv-457 (GTS/TWD)

Plaintiff(s) demand(s) a trial by: **X** JURY  ____ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.  Securities Law Violation.

## PARTIES

2.  Plaintiff: Jason Palmer on behalf of registered bondholders
    Address: 1421 Union St
    Oneida N.Y. 13421

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: Wells Fargo Bank N.A., as Trustee
        Official Position: _____
        Address: Woods Oviatt Attorneys
        2 State St.
        Rochester N.Y. 14615

b.  Defendant: _Wells Fargo Bank, NA_

Official Position: _____

Address: _Wells Fargo_
_P.O. Box 989_
_San Francisco California_

c.  Defendant: _Colman Farol_

Official Position: _____

Address: _~~110~~ Madison Ave_
_N.Y. N.Y._

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**   → See Order to Show cause + Memordum

_____ your claim of violation of your civil
and/or _____  List the events in the order they _____ ned, naming defendant
involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

_____
_____
_____
_____
_____
_____

5.                      CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Securities Violation - defendant Column Financial illegally transferred a mortgage into a S.P.V. outside of the permitted time, the mortgage was not qualified

### SECOND CAUSE OF ACTION

Securities Law of 1986

### THIRD CAUSE OF ACTION

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

court to sign order to show cause to hear the merits of the case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4-11-18

_[signature]_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010